IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2022 DEC 15 AM 10:36
CLERK, US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
         DEPUTY

| | |
|---|---|
| SHAMBAUGH & SON, L.P., § | |
| PLAINTIFF, § | |
| § | |
| V. § | CAUSE NO. 1:22-CV-00135-LY |
| § | |
| STEADFAST INSURANCE COMPANY, § | |
| DEFENDANT. § | |

## FINAL JUDGMENT

Before the court is the above entitled cause of action. On this date, the court rendered an order dismissing Plaintiff's claims without prejudice for lack of personal jurisdiction. Accordingly, the court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS HEREBY ORDERED** that the case is **CLOSED**.

SIGNED this ___15th___ day of December, 2022.

LEE YEAKEL
UNITED STATES DISTRICT JUDGE