IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| SHAMBAUGH & SON, L.P., | ) |
| Plaintiff, | ) |
| v. | ) |
| STEADFAST INSURANCE COMPANY | ) Case Number 1:22-cv-135 -LY |
| Defendant. | ) |

## SHAMBAUGH & SON, L.P.'S NOTICE OF APPEAL

PLEASE TAKE NOTICE that Plaintiff SHAMBAUGH & SON, L.P. ("Shambaugh" or "Plaintiff"), hereby respectfully appeals to the United States Court of Appeals for the Fifth Circuit from the following, signed and entered by the Honorable Lee Yeakel of the United States Court of the Western District of Texas, Austin Division, in the above-styled action:

1. DOC. 26: Order on Report and Recommendation of the United States Magistrate Judge filed and entered on December 12, 2022;

2. DOC. 27: Final Judgment filed and entered on December 12, 2022; and

3. All other adverse rulings, orders, and decisions of the Court forming the basis of the above-referenced Order and Final Judgment.

Dated:  December 30, 2022

                        **JOSEPH OLIVA & ASSOCIATES, P.C.**
                        Attorneys for Plaintiff Shambaugh & Son, L.P.

By   */s/ Joseph L. Oliva*
      Joseph L. Oliva, Esq. (TX SBN 24090987)
      Matthew R. Toothacre, Esq. (*Pro Hac Vice*)
      Ravit K. Cohen, Esq. (TX SBN 24128739)
      **JOSEPH OLIVA & ASSOCIATES, P.C.**
      11956 Bernardo Plaza Drive # 532
      San Diego, CA 92128
      Phone (858) 304-7400
      oliva@olivafirm.com
      mtoothacre@olivafirm.com
      cohen@olivafirm.com

      and

      Clayton C. Utkov (TX SBN 24028180)
      **ANDREWS MYERS, P.C.**
      919 Congress Avenue, Suite 1050
      Austin, TX 78701
      Phone (512) 900-3012
      Fax (512) 900-3082
      cutkov@andrewsmyers.com

## CERTIFICATE OF SERVICE

     I hereby certify that on this 30th day of December 2022, I caused a copy of the foregoing Shambaugh & Son, L.P.'s Notice of Appeal to be filed with the Clerk of Court using the CM/ECF system, which will provide electronic notification to the following counsel for Defendant.

Mary-Ellen King
Thompson, Coe, Cousins, & Irons, LLP
7501 Brazos Street, Suite 1500
Austin, Texas 78701
mking@thompsoncoe.com

Clarence Y. Lee (admitted pro hac vice)
Ian A. McLin (admitted pro hac vice)
Saul Ewing Arnstein & Lehr, LLP
1919 Pennsylvania Avenue, NEW, Suite 550
Washington, DC 200006
Clarence.lee@saul.com
Ian.mclin@saul.com